FILED '07 JAN 22 11:24 USDC-ORM

**MEGAN B. ANNAND**
OSB 92556
Law Office of Megan B. Annand
800 West 8th Street
Medford, OR 97501
meganannan@aol.com
Telephone: 541-779-7131

**JONATHAN ALLAN KLEIN**
CA State Bar No. 162071
jaklein@kelher.com
**THOMAS K. HOCKEL**
CA State Bar No. 172367
thockel@kelher.com
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104
Telephone:    415/951-0535
Facsimile:    415/391-7808

*Admitted Pro Hac Vice*

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN M. HANSON,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No. 06-3091<br><br>**STIPULATION (AND PROPOSED ORDER) TO TRANSFER VENUE** |

Plaintiff KATHLEEN M. HANSON and Defendant RITE AID CORPORATION, by and through their attorneys of record, hereby stipulate as follows:

Plaintiff has reviewed Defendant's **MOTION TO DISMISS FOR IMPROPER VENUE [FRCP 12(b)(3)] OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]**, and agrees that venue of this matter is appropriate in the United States District Court, Northern District of California.

Accordingly, the parties agree that venue of this matter should be transferred, for all purposes, to the Northern District of California, effective with the entry of this Order by the Court.

IT IS SO STIPULATED.

Dated: January 18, 2007

KELLY, HERLIHY & KLEIN LLP

_____
JONATHAN ALLAN KLEIN
THOMAS K. HOCKEL
Attorneys for Defendant
RITE AID CORPORATION

Dated: January 18, 2007

LAW OFFICE OF PAUL M. MEADOWBROOK

_____
PAUL B. MEADOWBROOK
Attorneys for Plaintiff
KATHLEEN M. HANSON

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT venue of this matter shall be transferred, effective immediately, to the United States District Court, Northern District of California.

Dated: 1/19/07

UNITED STATES DISTRICT JUDGE

_____
JUDGE OWEN M. PANNER

PAGE 2

STIPULATION (AND PROPOSED ORDER) TO TRANSFER VENUE
Hanson v Rite Aid Corporation